UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| FRANK DEGIFICO, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil No. 06-13-P-S |
| | ) |
| DOUG BAILEY, et al., | ) |
| | ) |
| Defendants | ) |

RECOMMENDED DECISION

On January 26, 2006, this Court issued an Order reserving ruling on plaintiff's motion for leave to proceed in forma pauperis and giving plaintiff until February 10, 2006, to file a supplemental affidavit explaining his source of income and means of support. As of today's date, Plaintiff has neither paid the required filing fee nor filed a supplemental affidavit.

Accordingly, it is recommended that the Complaint be DISMISSED.

NOTICE

A party may file objections to those specified portions of a magistrate judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. § 636(b)(1)(B) (1993) for which *de novo* review by the district court is sought, together with a supporting memorandum, within ten (10) days of being served with a copy thereof. A responsive memorandum shall be filed within ten (10) days after the filing of the objection.

Failure to file a timely objection shall constitute a waiver of the right to *de novo* review by the district court and to appeal the district court's order.

Dated February 14, 2006           /s/ Margaret J. Kravchuk
                                  U.S. Magistrate Judge