UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **FRANK DEGIFICO,** | ) |
| | ) |
| **Plaintiff** | ) |
| v. | ) |
| | ) CIVIL NO: 06-13-P-S |
| **DOUG BAILEY, et al.,** | ) |
| | ) |
| **Defendant** | ) |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 4) filed February 14, 2006, the Recommended Decision is AFFIRMED.

Accordingly, it is ORDERED the Complaint (Docket No. 1) is DISMISSED.

　　　　　　　　　　　　　　　　　　　 /s/ George Z. Singal
　　　　　　　　　　　　　　　　　　　George Z. Singal
　　　　　　　　　　　　　　　　　　　Chief U.S. District Judge

Dated: March 7, 2006